**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF OHIO

Case number *(if known)* ______ Chapter **11**

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**04/25**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Lourdes University** |
| **2.** | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **34-1226547** |
| **4.** | **Debtor's address** | **Principal place of business**<br>**6832 Convent Blvd.**<br>**Sylvania, OH 43560**<br>Number, Street, City, State & ZIP Code<br>**Lucas**<br>County<br><br>**Mailing address, if different from principal place of business**<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br>Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | |
| **6.** | **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: |

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☑ None of the above

B. *Check all that apply*

- ☑ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

**6113**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11. *Check **all** that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ☑ No.
- ☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ☑ No
- ☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | When | Case number, if known | |


26-31894-maw Doc 1 FILED 08/10/26 ENTERED 08/10/26 16:38:23 Page 2 of 15

**11. Why is the case filed in *this district?***

*Check all that apply:*

- [x] Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- [ ] A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- [x] No
- [ ] Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- [ ] It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard?
- [ ] It needs to be physically secured or protected from the weather.
- [ ] It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- [ ] Other

**Where is the property?**

Number, Street, City, State & ZIP Code

**Is the property insured?**

- [ ] No
- [ ] Yes. Insurance agency
  Contact name
  Phone

## Statistical and administrative information

**13. Debtor's estimation of available funds** .

*Check one:*

- [x] Funds will be available for distribution to unsecured creditors.
- [ ] After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| [ ] 1-49 | [x] 1,000-5,000 | [ ] 25,001-50,000 |
| [ ] 50-99 | [ ] 5001-10,000 | [ ] 50,001-100,000 |
| [ ] 100-199 | [ ] 10,001-25,000 | [ ] More than100,000 |
| [ ] 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| [ ] $0 - $50,000 | [x] $1,000,001 - $10 million | [ ] $500,000,001 - $1 billion |
| [ ] $50,001 - $100,000 | [ ] $10,000,001 - $50 million | [ ] $1,000,000,001 - $10 billion |
| [ ] $100,001 - $500,000 | [ ] $50,000,001 - $100 million | [ ] $10,000,000,001 - $50 billion |
| [ ] $500,001 - $1 million | [ ] $100,000,001 - $500 million | [ ] More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| [ ] $0 - $50,000 | [ ] $1,000,001 - $10 million | [ ] $500,000,001 - $1 billion |
| [ ] $50,001 - $100,000 | [x] $10,000,001 - $50 million | [ ] $1,000,000,001 - $10 billion |
| [ ] $100,001 - $500,000 | [ ] $50,000,001 - $100 million | [ ] $10,000,000,001 - $50 billion |
| [ ] $500,001 - $1 million | [ ] $100,000,001 - $500 million | [ ] More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **August 10, 2026**
MM / DD / YYYY

*X* **/S/ Sister Nancy Linenkugel, OSF, DM**
Signature of authorized representative of debtor

**Sister Nancy Linenkugel, OSF, DM**
Printed name

Title **President**

**18. Signature of attorney**

*X* **/s/ Bonnie L. Pollack**
Signature of attorney for debtor

Date **August 10, 2026**
MM / DD / YYYY

**Bonnie L. Pollack**
Printed name

**Cullen and Dykman LLP**
Firm name

**The Omni Building**
**333 Earle Ovington Boulevard, 2nd Floor**
**Uniondale, NY 11553**
Number, Street, City, State & ZIP Code

Contact phone **516-357-3700** Email address **bpollack@cullenllp.com**

**NY2306686 Admitted in the N. Dist. of Ohio**
Bar number and State

**Fill in this information to identify the case:**

Debtor name **Lourdes University**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF OHIO

Case number (if known) ______________

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

**12/15**

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ______________
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration ______________

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **August 10, 2026**

X **/s/ Sister Nancy Linenkugel, OSF, DM**
Signature of individual signing on behalf of debtor

**Sister Nancy Linenkugel, OSF, DM**
Printed name

**President**
Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Lourdes University** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF OHIO** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| **Name of creditor and complete mailing address, including zip code** | **Name, telephone number and email address of creditor contact** | **Nature of claim** (for example, trade debts, bank loans, professional services, and government contracts) | **Indicate if claim is contingent, unliquidated, or disputed** | **Amount of claim** If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Aetna Life Insurance Company<br>P.O. Box 7247 - 7954<br>Philadelphia, PA 19170** | **Heather Balzano<br><br>BalzanoH@aetna.com** | **Student Health Benefit** | | | | **$74,471.29** |
| **Anthology<br>P O Box 850001<br>Orlando, FL 32885** | **Patricia Steward<br><br>Patricia.steward@ellucian.com<br>844-358-7222** | **Software** | | | | **$50,947.75** |
| **AVI Foodsystems Inc<br>2590 Elm Road NE<br>Warren, OH 44483-2997** | **Joe Jacobs<br><br>Jjacobs@AVIFoodsystems.com<br>330-285-9206** | **Food Service** | **Disputed** | | | **$599,062.93** |
| **Bon Secours Mercy Health Inc<br>P.O. Box 631155<br>Cincinnati, OH 45263** | **Burton Rogers<br><br>Blrogers@mercy.com<br>419-343-0005** | **Trade Debt** | | | | **$114,373.20** |
| **Charles E. Schell Foundation Grant<br>P.O. Box 630858<br>Cincinnati, OH 45263** | **Jessica Lewis Jin<br><br>Jessica.Jin@53.com<br>513-534-5456** | **Loan Program** | | | | **$86,000.00** |
| **Christian Brothers Employee Benefit Trust<br>PO Box 75095<br>Chicago, IL 60675** | **Olivia Adamic<br><br>olivia.adamic@cbservices.org<br>630-378-3017** | **Health Insurance for Faculty and Staff** | | | | **$653,450.05** |
| **Dept. of Health & Human Services<br>DHHS/Program Support Center<br>5600 Fishers Lane<br>Mailstop 08N108A<br>Rockville, MD 20857** | **Timothy P Coyle<br><br>tcoyle@hrsa.gov<br>301-443-4243** | **Loan Program** | **Disputed** | | | **$440,630.95** |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Dynamic Campus Solutions Inc<br>2806 Flintrock Trace<br>Suite A205<br>Austin, TX 78738 | Mike Tumminello<br><br>Mike.Tumminello@dynamiccampus.com<br>314-565-5862 | IT Provider | | | | $1,192,627.45 |
| Federal Work Study<br>US Department of Education,<br>Washington, DC 20202 | Jeremy Marks<br><br>Jeremy.Marks@education.ohio.gov<br>614-466-4161 | Draw down of Federal Work-Study Grant and not spent | | | | $168,450.16 |
| Kevin P. Mullan Consulting, LLC,<br>2673 Meadowwood Drive<br>Toledo, OH 43606 | Kevin Mullan<br><br>Kevin@kevinpmullan.com<br>419-290-2622 | Professional services | | | | $46,000.00 |
| Niche.com, Inc.<br>P.O. Box 392796<br>Pittsburgh, PA 15251 | Clay Nixon<br><br>clay.nixon@niche.com<br>551-200-2651 | Ordinary Course | | | | $38,725.17 |
| Paramount Health Care<br>P O Box 76778<br>Cleveland, OH 44101 | Brittney Perry<br><br>Brittney.Perry@medmutual.com<br>419-473-7608 | | | | | $37,652.11 |
| Rize Education, Inc<br>37 West 20th St.<br>Suite 1101<br>New York, NY 10011 | Charlie Anastasi<br><br>Canastasi@rize.education.com<br>215-595-6012 | Ordinary Course | | | | $70,000.00 |
| SEOG (23300-12010)<br>US Department of Education,<br>Washington, DC 20202 | | Draw down of Federal Supplemental Educational opportunity grants and not spent | | | | $70,596.00 |
| Signature Bank, N.A.<br>4607 W. Sylvania Ave.<br>Toledo, OH 43623 | Nancy Feltz<br><br>NFeltz@signaturebankna.com | Unsecured Bank Debt | | | | $3,670,671.40 |
| Signature Bank, N.A.<br>4607 W. Sylvania Ave.<br>Toledo, OH 43623 | Nancy Feltz<br><br>NFeltz@signaturebankna.com | Unsecured Bank Debt | | | | $966,700.00 |

Debtor **Lourdes University** Case number *(if known)*

Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **TeqLease 22287 Mulholland Hwy #330 Calabasas, CA 91302** | **Tim Brown tbrown@teqlease.com 602-740-5610** | **Equipment lease** | | | | **$61,122.87** |
| **The Ohio Department of Higher Edu. 2801 West Bancroft St Toledo, OH 43606** | **Zachary Phillips Zachary.Phillips@utoledo.edu 419-530-1024** | | | | | **$195,000.00** |
| **The Ohio Department of Higher Edu. 2801 West Bancroft St Toledo, OH 43606** | **Zachary Phillips Zachary.Phillips@utoledo.edu 419-530-1024** | | | | | **$98,145.74** |
| **Underground Systems Corp. PO Box 307 6530 Angola Rd Holland, OH 43528** | **Brittany Hoyer Underground1976@aol.com 419-270-3276** | | | | | **$33,250.00** |

# United States Bankruptcy Court
## Northern District of Ohio

In re **Lourdes University** Debtor(s)

Case No.
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **None** | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **August 10, 2026**

Signature **/s/ Sister Nancy Linenkugel, OSF, DM**
**Sister Nancy Linenkugel, OSF, DM**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Northern District of Ohio

In re **Lourdes University** Debtor(s)

Case No.
Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **August 10, 2026**

**/s/ Sister Nancy Linenkugel, OSF, DM**
**Sister Nancy Linenkugel, OSF, DM**/**President**
Signer/Title

Joe Jacobs
AVI Foodsystems Inc
2590 Elm Road NE
Warren, OH 44483-2997

Heather Balzano
Aetna Life Insurance Company
P.O. Box 7247 - 7954
Philadelphia, PA 19170

Patricia Steward
Anthology
P O Box 850001
Orlando, FL 32885

Burton Rogers
Bon Secours Mercy Health Inc
P.O. Box 631155
Cincinnati, OH 45263

Jessica Lewis Jin
Charles E. Schell Foundation Grant
P.O. Box 630858
Cincinnati, OH 45263

Olivia Adamic
Christian Brothers
Employee Benefit Trust
PO Box 75095
Chicago, IL 60675

Timothy P Coyle
Dept. of Health & Human Services
DHHS/Program Support Center
5600 Fishers Lane
Rockville, MD 20857

Mike Tumminello
Dynamic Campus Solutions Inc
2806 Flintrock Trace Suite A205
Austin, TX 78738

Jeremy Marks
Federal Work Study
US Department of Education,
Washington, DC 20202

Kevin Mullan
Kevin P. Mullan Consulting, LLC,
2673 Meadowwood Drive
Toledo, OH 43606

Clay Nixon
Niche.com, Inc.
P.O. Box 392796
Pittsburgh, PA 15251

Brittney Perry
Paramount Health Care
P O Box 76778
Cleveland, OH 44101

Charlie Anastasi
Rize Education, Inc
37 West 20th St.
Suite 1101
New York, NY 10011

SEOG (23300-12010)
US Department of Education,
Washington, DC 20202

Nancy Feltz
Signature Bank, N.A.
4607 W. Sylvania Ave.
Toledo, OH 43623

Tim Brown
TeqLease
22287 Mulholland Hwy #330
Calabasas, CA 91302

Zachary Phillips
The Ohio Department of Higher Edu.
2801 West Bancroft St
Toledo, OH 43606

Zachary Phillips
The Ohio Department of Higher Edu.
2801 West Bancroft St
Toledo, OH 43606

Brittany Hoyer
Underground Systems Corp.
PO Box 307
6530 Angola Rd
Holland, OH 43528

Ohio Attorney General
Collection Enforcement Section
Attn: Bankruptcy Unit
30 East Broad St., 14th Floor
Columbus, OH 43215

Attorney General of the United States
Main Justice Building
10th & Constitution Avenue, N.W.
Washington, D.C. 20530

Office of the United States Attorney
Suite 308, Four Seagate, Third Floor
Toledo, Ohio 43604

Internal Revenue Service
P.O. Box 7346
Philadelphia, Pennsylvania 19101-7346

Internal Revenue Service
Insolvency Group 6
1240 East Ninth Street, Room 493
Cleveland, Ohio 44199

U.S. Department of Education
Direct Loan Servicing Center
P.O. Box 5609
Greenville, Texas 75403-5609

Social Security Administration
Office of the General Counsel
Office of Program Litigation
Attn: Bankruptcy
6401 Security Boulevard
Baltimore, MD 21235

Environmental Protection Agency
Region V
77 West Jackson Boulevard
Chicago, Illinois 60604

Pension Benefit Guaranty Corporation
1200 K Street, NW
Washington, D.C. 20005-4026

OHNB Form 1007a1

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **In re:** | ) | **Case No.:** |
| | ) | |
| Lourdes University | ) | **Chapter** 11 |
| **Debtor(s)** | | |

**CORPORATE OWNERSHIP STATEMENT UNDER BR 1007(a)(1)**
**DEBTOR FILING VOLUNTARY BANKRUPTCY CASE**

Pursuant to Bankruptcy Rule 1007(a)(1), Lourdes University, a corporate debtor in this case (the "Debtor"), makes the following disclosure(s):

All corporations, other than governmental units, that directly or indirectly own ten percent (10%) or more of any class of the Debtor's equity interests, are listed below (additional disclosures are listed on attached additional pages, if necessary):

Or ■ There are no entities that directly or indirectly own ten percent (10%) or more of any class of the Debtor's equity interest.

August 10, 2026
Date

By: /s/ Bonnie L. Pollack
Printed Name: Bonnie L. Pollack
Its: Cullen and Dykman LLP
The Omni Building
333 Earle Ovington Boulevard, 2nd Floor
Uniondale, NY 11553
516-357-3700
bpollack@cullenllp.com